SAYRES, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Phebe H. Sayres, for the benefit of Grace E. McTernan, against the city of New York and another. No opinion. Judgment affirmed, with costs.